UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-00131-MOC-DCK-1

---

**UNITED STATES OF AMERICA,**

-vs-

**NOTICE OF APPEAL**

**TRAMARTIE GRADE,**
               **Defendant.**

---

NOTICE is hereby given that defendant, **TRAMARTIE GRADE**, by and through his appointed counsel, CHIEGE O. KALU OKWARA, ESQ., enters this appeal from the final Judgment of the Honorable United States District Court Judge Max O. Cogburn, Jr., to the United States Court of Appeals for the Fourth Circuit. Tramartie Grade's specifically appeals the portion of the judgment that imposed an additional 12 month term of supervised release after serving the 7 month revocation sentence.

Judgment was rendered in open court on the 14th day of January, 2025, and entered in this action on the 4th day of February, 2025.

This the 10th day of February, 2025.

        S/Chiege O. Kalu Okwara
        CHIEGE O. KALU OKWARA, ESQ.
        Ballantyne One
        15720 Brixham Hill Avenue
        Suite #300
        Charlotte, North Carolina 28277
        (704) 944-3221 (Direct Line)
        (704) 749-9482 (Fax)
        Email: Chiege@aol.com

        Attorney for Defendant,
            **TRAMARTIE GRADE**

# **CERTIFICATE OF SERVICE**

       I hereby certify that on the 10th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system. I certify that, to the best of my knowledge, all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

**Craig D. Randall**
U.S. Attorneys Office
227 W. Trade St.
Charlotte, NC 28202
704/344-6222
Fax: 704/227-0197
Email: craig.randall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Timothy Sielaff**
DOJ-USAO
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Ste 1650
Charlotte, NC 28202
704-287-4943
Email: timothy.sielaff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

                                              S/Chiege O. Kalu Okwara
                                              CHIEGE O. KALU OKWARA, ESQ.
                                              Ballantyne One
                                              15720 Brixham Hill Avenue
                                              Suite #300
                                              Charlotte, North Carolina 28277
                                              (704) 944-3221 (Direct Line)
                                              (704) 749-9482 (Fax)
                                              Email: Chiege@aol.com